**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) John B. Hever                    Case No.: 16-13094          Chapter: 13
Rebecca D. Hever

All Cases: Moving Creditor: Caliber Home Loans, Inc.    Date Case Filed: April 18, 2016

Nature of Relief Sought ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed 11/18/2016

Chapter 7:    ☐ No-Asset Report filed on _____
              ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1.  Collateral
    a.  ☒ Home  1101 Sandwick Ct, Highland Park, IL 60035-2336
    b.  ☐ Car Year, Make, and Model _____
    c.  ☐ Other (describe) _____

2.  Balance Owed as of September 10, 2019: $388,989.85
    Total of all other Liens against Collateral: $0.00

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4.  Estimated Value of Collateral (must be supplied in all cases) $454,224.00, the Assessor's Value

5.  Default
    a.  ☐ Pre-Petition Default
        Number of months _____        Amount $_____

    b.  ☒ Post-Petition Default
        i.  ☒ On direct payments to the moving creditor
        Number of months _3_        Amount $7,723.29

        ii.  ☐ On payments to the Standing Chapter 13 Trustee
        Number of months _____        Amount $_____

6.  Other Allegations
    a.  ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid Amount $ _____
        iii.  ☐ Rapidly depreciating asset
        iv.   ☐ Other _____
    b.  ☐ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c.  ☐ Other "Cause" 11 U.S.C. §362(d)(1)

        v.    ☐ Bad Faith (describe) _____
        vi.   ☐ Multiple filings
        vii.  ☐ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral

viii. ☐ Reaffirm    ix. ☒ Redeem    x. ☐ Surrender    xi. ☐ No
Statement of
Intentions Filed

Date: 09/25/2019

Respectfully submitted,

/s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

(Rev. 12/21/09)