UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-13094 |
| JOHN & REBECCA HEVER | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtors' Motion to Incur Debt is Granted.

It is hereby ORDERED that:

1) The Debtors are granted leave to obtain financing in the amount of up to $28,933.92, with financing of an annual percentage rate of up to 14.75%, with monthly payments of up to $402.00 per month for a 2017 Hyundai Sonata or similar vehicle.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: July 17, 2020

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100